IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| GEORGANNA ECKER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:23-CV-038-Z-BR |
| | § | |
| WEST TEXAS A&M UNIVERSITY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO SUBMIT MEDIATION SUMMARY REPORT

Pursuant to the Scheduling Order, the deadline for the parties to mediate this case was on or before December 15, 2023. (*See* ECF 17 at 3–4). However, neither the parties nor the mediator have filed a mediation summary report with the United States District Clerk. (*See* ECF 17 at 3) ("Upon completion of mediation, the mediator shall inform the Court whether this case has or has not settled by filing a mediation summary report with the United States District Clerk on or before **three (3) business days** after the completion of mediation.").

The Court ORDERS that it is the joint responsibility of all counsel to: (1) so inform the mediator of his/her obligation to timely file such report; and (2) ensure such report is filed on or before **December 29, 2023**.

IT IS SO ORDERED.

ENTERED December 21, 2023.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE