IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| GEORGANNA ECKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:23-CV-038-Z-BR |
| | § | |
| WEST TEXAS A&M UNIVERSITY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO FILE JOINT STIPULATION OF DISMISSAL

On December 28, 2023, the mediator in this case, Robert Hargett, advised the Court that the parties settled all claims. (ECF 19 at 1). The parties shall file a Joint Stipulation of Dismissal in compliance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure on or before **January 19, 2024**.

IT IS SO ORDERED.

ENTERED December 29, 2023.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE