IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| GEORGANNA ECKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:23-CV-038-Z-BR |
| | § | |
| WEST TEXAS A&M UNIVERSITY, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## SECOND ORDER TO FILE JOINT STIPULATION OF DISMISSAL

On December 28, 2023, the mediator in this case, Robert Hargett, advised the Court that the parties settled all claims. (ECF 19 at 1). On December 21, 2023, this Court ordered the parties to file a Joint Stipulation of Dismissal on or before January 19, 2024. (ECF 20). As of the date of this order, however, the Court is not in receipt of the requested filing. Therefore, the parties are directed to file a Joint Stipulation of Dismissal in compliance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure **on or before January 29, 2024**.

IT IS SO ORDERED.

ENTERED January 23, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE