IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| GEORGEANNA ECKER,<br><br>    Plaintiff,<br><br>v.<br><br>WEST TEXAS A&M UNIVERSITY and<br>TEXAS A&M UNIVERSITY SYSTEM,<br>*et al.*,<br><br>    Defendants. | 2:23-CV-038-Z-BR |

**ORDER**

Before the Court is the Parties' Joint Motion to Dismiss With Prejudice ("Motion") (ECF No. 25), filed February 28, 2024. Together, they "move this Court for entry of an order dismissing all of Plaintiff's claims in the captioned lawsuit against Defendants with prejudice, with each party to bear its own costs." *Id.* at 1.

An action may be dismissed at the plaintiff's request "by court order" on "terms that the court considers proper." FED. R. CIV. P. 41(a)(2). Having found that (1) the Parties reached a release and settlement agreement executed by Plaintiff, and (2) the Motion is signed by all relevant counsel, the Court **GRANTS** the Motion and **DIRECTS** the Clerk to close the above-styled case. All of Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

February 29, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE