IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

GEORGEANNA ECKER,

      Plaintiff,

v.

2:23-CV-038-Z-BR

WEST TEXAS A&M UNIVERSITY and
TEXAS A&M UNIVERSITY SYSTEM,
*et al.*,

      Defendants.

## JUDGMENT

Pursuant to this Court's prior order (ECF No. 26), the above-styled case should be and hereby

is **DISMISSED WITH PREJUDICE**.

      **SO ORDERED**.

February __, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE